**2007–2177. In re J.P.–M.**
Summit App. No. 23714, 2007-Ohio-5412. On motion for stay of court of appeals' judgment. Motion denied.

PFEIFER, LUNDBERG STRATTON, and O'CONNOR, JJ., dissent.

# APPEALS ACCEPTED FOR REVIEW

**2007–1529. Fletcher v. Univ. Hosps. of Cleveland.**
Cuyahoga App. No. 88573, 172 Ohio App.3d 153, 2007-Ohio-2778.

PFEIFER, LANZINGER, and CUPP, JJ., dissent.

**2007–1611. State v. Rivas.**
Greene App. No. 05–CA–147, 172 Ohio App.3d 473, 2007-Ohio-3593. Discretionary appeal accepted on Proposition of Law No. I.

MOYER, C.J., and O'CONNOR and LANZINGER, JJ., would also accept the appeal on Proposition of Law No. II.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2007–1628. DiCenzo v. A–Best Prods. Co., Inc.**
Cuyahoga App. No. 88583, 2007-Ohio-3270. Discretionary appeal accepted on Proposition of Law No. II.

LUNDBERG STRATTON and CUPP, JJ., would also accept the appeal on Proposition of Law No. I.
PFEIFER, J., dissents.

Motion for admission pro hac vice of Joni M. Mangino by Bruce P. Mandel granted.

Motions for admission pro hac vice of Mark A. Behrens and Cary Silverman by Victor E. Schwartz granted.

Motions for admission pro hac vice of Diana Nickerson Jacobs, Mark C. Meyer, David B. Rodes, and Jason T. Shipp by Joseph J. Cirilano granted.

**2007–1703. State v. Kalish.**
Lake App. No. 2006–L–093, 2007-Ohio-3850.

CUPP, J., would accept the appeal on Proposition of Law No. I only.
PFEIFER and O'DONNELL, JJ., dissent.

**2007–1734. State v. Silverman.**
Hamilton App. No. C–060515. Discretionary appeal accepted; cause held for the decision in 2007–0265, *State v. Fulmer*, Lake App. No. 2005–L–137, 2006-Ohio-7015; and briefing schedule stayed.

**2007–1740. State v. Nickum.**
Stark App. No. 2006CA00151, 2007-Ohio-4032. Discretionary appeal accepted on Proposition of Law No. I; cause held for the decision in 2007–0052, *State v. Simpkins*, Cuyahoga App. No. 87692, 2006-Ohio-6028; and briefing schedule stayed.

PFEIFER, J., dissents.

**2007–1752. State v. Hollingsworth.**
Hamilton App. No. C–060896.

PFEIFER, LANZINGER, and CUPP, JJ., dissent.

**2007–1755. State v. Brewer.**
Cuyahoga App. No. 87701, 2007-Ohio-3407 and 2007-Ohio-4291.

PFEIFER, LUNDBERG STRATTON, and O'DONNELL, JJ., dissent.

**2007–1759. State v. Masters.**
Crawford App. No. 3–06–20, 2007-Ohio-4229.

O'DONNELL, LANZINGER, and CUPP, JJ., dissent.

**2007–1787. State v. Bailey.**
Hamilton App. No. C–060918. Discretionary appeal accepted; cause held for the decision in 2007–0052, *State v. Simpkins*, Cuyahoga App. No. 87692, 2006-Ohio-6028; and briefing schedule stayed.